UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :

      Plaintiff,                  Criminal No. 08-157

   v.                         :

JOHN BIZZARRO                           **O R D E R**

      Defendant.                  :

This matter having come before the Court by a motion of the defendant for early termination of supervised release;

It is on this **10th** day of **September, 2009** hereby ORDERED that this motion is denied.

_____
SUSAN D. WIGENTON
United States District Judge